# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135303

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITY OF DETROIT, DBA PLANNING
AND ECONOMIC DEVELOPMENT,
       Plaintiff-Appellant,

v

JAMES B. THOMAS,
       Defendant/Counter Plaintiff/
       Appellee,

and

GLENN ARTHUR and CHANTY ARTHUR,
       Defendants/Cross Defendants/
       Appellees

and

CITIBANK NA,
       Defendant/Cross Plaintiff/
       Appellee

and

CITIFINANCIAL NA,
       Defendant.

SC: 135303
COA: 274529
Wayne CC: 05-516334-CH

_____/

On order of the Court, the application for leave to appeal the July 31, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

l0211